IN THE SUPREME COURT OF THE STATE OF DELAWARE

GEORGE LILES,[1] §
§ No. 356, 2019
Respondent Below, §
Appellant, § Court Below: Family Court
§ of the State of Delaware
v. §
§ File No.  CS18-01551
§ Petition No. 18-13082
TINA TRUMMEL, §
§
Petitioner Below, §
Appellee. §

Submitted:  May 6, 2020
Decided:     May 7, 2020

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

## O R D E R

This 7th day of May, 2020, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its July 17, 2019 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).